```
1   FRANKLIN J. LOVE, BAR #80334
    125 S. Citrus Ave.
2   Suite 101
    Covina, California 91723
3   (626)653-0455
4
    Attorney for Assignee of Record
5   CREATIVE RECOVERY CONCEPTS, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. ) | CASE No. CV 00-10153 RMT(RZx) |
| Plaintiff ) | RENEWAL OF DEFAULT JUDGMENT |
| vs. ) | |
| PEDRO HARO LLAMAS, individually) and d/b/a/ ALEJANDRA'S BAR ) a/k/a TINO'S BAR ) Defendant ) | |

Based upon the application for renewal of judgment and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320, and good cause appearing, therefore:

The judgment against defendant PEDRO HARO LLAMAS individually and d/b/a/ ALEJANDRA'S BAR a/k/a/ TINO'S BAR entered on June 1, 2001 is hereby renewed in the amounts set forth below:

Renewal of money judgment

```
    a. Total judgment            $6,800.00
    b. Costs after judgment      $    0.00
    c. Attorney Fees             $    0.00
    d. Subtotal                  $6,800.00
```

Renewal of Default Judgment
Case No. CV 00-10153 RMT (RZx)

```
        e. Credits after Judgment      $    0.00
        f. Subtotal                    $6,800.00
        g. Interest after Judgment     $1,666.52
        h. Fee for filing renewal      $    0.00
        i. TOTAL RENEWED JUDGMENT      $8,466.52

           03/31/11                    Lori Muraoka
DATED:_____         CLERK,_____
                                by Deputy
```

Renewal of Default Judgment
Case No. CV 00-10153 RMT (RZx)